Helen M. BLOOD, Appellant, v. Ole A. PEARSON, H. L. Richards, and B. J. McGlynn, individually, Appellees.

No. 12106.

Circuit Court of Appeals, Eighth Circuit.

Jan. 13, 1942.

Vance E. Skahen, of Minneapolis, Minn., for appellant.

Carsten L. Jacobson, Asst. City Atty., of Minneapolis, Minn., for appellee Ole A. Pearson.

Victor E. Anderson, U. S. Atty., of St. Paul, Minn. (Russell C. Rosenquest, Asst. U. S. Atty., of St. Paul, Minn., on the brief), for appellees H. L. Richards and B. J. McGlynn.

Before GARDNER, SANBORN, and WOODROUGH, Circuit Judges.

SANBORN, Circuit Judge.

This is a companion case of Love v. Chandler et al., 124 F.2d 785, and was argued and submitted to this Court at the same time.

The complaint of the appellant, which was dismissed for failure to state a claim upon which relief can be granted, was substantially similar to that considered in the Love case. Upon the authority of the decision of this Court in that case, which has been filed this day, the judgment appealed from is affirmed.